# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FIL
DOC #: _____
DATE FILED: 6/10/2024

June 6, 2024

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007-1312

**Re:      Emily Hernandez v. Boston Scally Holdings LLC – Case No. 1:23-cv-10163-MMG**

To the Honorable Judge Margaret M. Garnett,

     Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated April 8, 2024 (ECF No. 15). The parties have a settlement in principle but have yet to memorialize the agreement.  Plaintiff respectfully requests a one (1) week extension of time of the conditional dismissal order from June 7, 2024 to June 14, 2024.  This is the first request for this relief and is on consent of both parties.

     The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
*Attorney for Plaintiff*

It is hereby ORDERED that the parties shall retain the right to reopen this action until **June 14, 2024** if the settlement is not consummated.  Any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  The Clerk of Court is respectfully directed to terminate Dkt. No. 16.

SO ORDERED.  Date: 6/10/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE